UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KESHUNA ABCUMBY,

        Plaintiff(s),        Civil Action No. 24-11445

v.        Judith E. Levy
        United States District Judge

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL.,

        David R. Grand
        United States Magistrate Judge

        Defendant(s).
_____/

## ORDER REQUIRING RESPONSE

IT IS HEREBY ORDERED that the plaintiff, Keshuna Abcumby, shall file a response to Defendant's Motion to Dismiss (ECF No. 16) on or before **December 20, 2024**. The response shall be filed in accordance with E.D. Mich. L.R. 7.1. **Failure to file a timely response may result in a recommendation that Defendant's motion be granted and/or that Plaintiff's case be dismissed.**

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before **January 7, 2025**.

IT IS SO ORDERED.

Dated: November 26, 2024        s/David R. Grand_____
        DAVID R. GRAND
        UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 26, 2024.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager