UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KESHUNA ABCUMBY,

        Plaintiff,                  Case No. 5:24-cv-11445-JEL-DRG

vs.                                   Hon. Judith E. Levy

                                       Mag. Judge David R. Grand

MICHIGAN DEPARTMENT OF CORRECTIONS,
HEIDI WASHINGTON, Director
Michigan Department of Corrections,
STEVEN ADAMSON, Special Activities
Coordinator Michigan Department of Corrections,
JEREMY HOWARD, acting Warden Women's
Huron Valley Correctional Facility, ANNETTE
TELLAS, Chaplain at the Women's Huron Valley
Correctional Facility, sued in their individual
and official capacities, jointly and severally,

        Defendants.
_____/

| | |
|---|---|
| Law Offices Jeffrey S. Burg, PLC | Joshua S. Smith (P63349) |
| Jeffrey S. Burg (P38381) | Michael R. Dean (P71333) |
| Attorney for Plaintiff | Assistant Attorney General |
| 29551 Greenfield, Suite 101 | Michigan Dep't of Attorney General |
| Southfield, MI  48076 | Attorney for Defendants |
| (248) 227-(248) 227-5027 | Corrections Division P.O. Box 30217 |
| Jburg@comcast.net | Lansing, MI 48909 |
| | (517) 335-3055 |
| | smithj191@michigan.gov |
| | deanm2@michigan.gov |

_____/

# STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO MOTION TO DISMISS

The parties, by their signatures below, stipulate to an extension of the time for the filing Plaintiff's response to Defendants' motion to dismiss, ECF No. 16, PageID.70, due to illness on the part of Plaintiff's counsel, from Friday, December 20, 2024, to Tuesday, December 31, 2024. The parties also stipulate that Defendants' reply brief have a corresponding extension, from the current January 7, 2025 to January 18, 2025.

## ORDER

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises,

**IT IS ORDERED** that the deadline for the filing of Plaintiff's response to Defendants' motion to dismiss shall be adjourned from Friday, December 20, 2024, to Tuesday, December 31, 2024, and Defendants' reply brief from the current January 7, 2025 to January 18, 2025.

**IT IS SO ORDERED.**

Dated: 12/20/24

s/David R. Grand
Magistrate Judge David R. Grand

Stipulated as to form and substance:

/s/ Jeffrey S. Burg
_____
Jeffrey S. Burg (P38381)
Attorney for Plaintiff

/s/ Joshua S. Smith
_____
Joshua S. Smith (P63349)
Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record, to wit: Deanm2@michigan.gov and smithj191@michigan.gov, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: [none].

/s/ *Jeffrey S. Burg*
Jeffrey S. Burg

Dated:  December 19, 2024